■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT BAEZ, Appellant. — Judgment rendered May 11, 1981 in Supreme Court, New York County (Dennis Edwards, J.) convicting appellant of robbery in the first degree, modified as a matter of discretion in the interest of justice, and sentence is vacated and appellant is resentenced to a term of 5 to 10 years. Upon review we find the sentence originally imposed, 9 to 18 years, to be unduly harsh and severe. In the exercise of our discretion we reduce it to the extent indicated. Concur — Sandler, Carro and Asch, JJ.

Kupferman, J. P., and Fein, J., dissent in a memorandum by Fein, J., as follows: We would affirm the sentence imposed. We find no basis for interfering with the trial court's discretion in imposing sentence within the permissible statutory limitations in the light of the nature of the crime, the defendant's extensive record and his refusal to co-operate with the Probation Department in connection with their preparation of the requisite presentence report.